IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA, :

    Plaintiff, : Case No. 3:16cr00019

vs. : District Judge Walter Herbert Rice
Chief Magistrate Judge Sharon L. Ovington

STEWART McGINNIS, :

    Defendant. :

## ORDER

This matter came before the Court for hearing on March 22, 2016 before Chief United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #8). Having conducted a full colloquy with Defendant Stewart McGinnis, the Magistrate Judge concluded that his plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United States Magistrate Judge and finds that Defendant Stewart

McGinnis' guilty plea was knowing, intelligent, and voluntary. Final acceptance of Defendant's guilty plea is deferred pending review of the pre-sentence investigation report.

                                               *[signature]*
                                               Walter Herbert Rice
                                               United States District Judge